IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) | |
| Plaintiff, | ) ) | |
| | ) | CIVIL ACTION NO. 18-cv-2534 |
| v. | ) ) | |
| | ) | |
| HEARTLAND FOOD, LLC, D/B/A BURGER KING, | ) ) | C O M P L A I N T |
| | ) | JURY TRIAL DEMAND |
| | ) ) | |
| Defendant. | ) | |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of sex (female) and to provide appropriate relief to Charging Party who was adversely affected by such practices. As alleged with greater particularity in paragraph 11, Heartland Food, LLC d/b/a Burger King ("Defendant" or "Heartland") discriminated against Charging Party, who worked in Defendant's restaurant at its Palatine, Illinois location, by subjecting her to sexual harassment.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.§§ 2000e-5(f)(1) and (3) ("Title VII"), and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Northern District of Illinois, Eastern Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant was continuously a limited liability corporation doing business in the State of Illinois and the Village of Palatine, and continuously had at least 15 employees.

5. At all relevant times, Defendant was continuously an employer engaged in an industry affecting commerce under Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## ADMINISTRATIVE PROCEDURES

6. More than thirty days prior to the institution of this lawsuit, Charging Party filed a charge with the Commission alleging violations of Title VII by Defendant.

7. On June 29, 2105, the Commission found reasonable cause to determine that Heartland violated Title VII by discriminating against Charging Party because of her sex, female, by subjecting her to sexual harassment. The Commission invited Heartland to engage with the Commission in informal conciliation efforts to endeavor to eliminate the unlawful employment practices and provide appropriate relief.

8. The Commission engaged in communications with Heartland to provide Defendant the opportunity to remedy the discriminatory practices described in the Letter of Determination.

9.	By letter dated December 9, 2015, the Commission informed Heartland that it was unable to secure a conciliation agreement acceptable to the Commission.

10.	All conditions precedent to the institution of this lawsuit have been fulfilled.

## STATEMENT OF CLAIMS

11.	Since at least July 2011, Defendant engaged in unlawful employment practices at its Palatine location, in violation of Section 703 of Title VII, 42 U.S.C. § 2000(e)-(2)(a)(1).

(a)	These practices included sexually harassing Charging Party by subjecting her to a hostile work environment based on her sex that included, but was not limited to, unwelcome and offensive sexual touching.

(b)	Heartland knew about the harassment and failed to prevent and/or remedy it. Although Heartland was on notice, Heartland did not take disciplinary action against the harasser.

12.	The effect of the practices complained of in paragraph 11 above has been to deprive Charging Party of equal employment opportunities and otherwise adversely affect her status as employee because of her sex (female).

13.	The unlawful employment practices complained of in paragraph 11 above were intentional.

14.	The unlawful employment practices complained of in paragraph 11 above were done with malice or with reckless indifference to the federally protected rights of Charging Party.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.	Grant a permanent injunction enjoining Defendant, its officers, agents, servants,

employees, attorneys, and all persons in active concert or participation with it, from engaging in any employment practices which discriminate on the basis of sex.

    B.    Order Defendant to make whole Charging Party by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 11 above, in amounts to be determined at trial.

    C.    Order Defendant to make whole Charging Party by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 11 above, including, but not limited to, emotional pain, suffering, humiliation, and inconvenience, in amounts to be determined at trial.

    D.    Order Defendant to pay Charging Party punitive damages for its malicious and reckless conduct, as described in paragraph 11, in amounts to be determined at trial.

    E.    Grant such further relief as the Court deems necessary and proper in the public interest.

    F.    Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

U.S. Equal Employment Opportunity Commission
131 M. Street, N.E.
Washington, D.C. 20507

GREGORY M. GOCHANOUR
Regional Attorney

DIANE SMASON
Supervisory Trial Attorney

s/ Laurie S. Elkin
Trial Attorney
U.S. Equal Employment Opportunity Commission
Chicago District Office
500 West Madison Street, Suite 2000
Chicago, Illinois 60661
(312) 869-8107
laurie.elkin@eeoc.gov